IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 17-519-6 |
| | : | |
| XAVIER TOWEL | : | |

## **ORDER**

AND NOW, this 4th day of June, 2020, upon consideration of Defendant Xavier Towel's

Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A), the Government's opposition,

and following a May 21, 2020, video conference hearing on the Motion, and for the reasons stated

in the accompanying Memorandum, it is ORDERED the Motion (Document 312) is DENIED.


BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.